# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**THOMAS F. SPELLISSY,**

     **Plaintiff,**

**v.**                                **Case No. 8:10-cv-1070-T-30AEP**

**ROBERT E. O'NEILL, in his personal and
individual capacity, et al.,**

     **Defendants.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Leave to File an Amended Complaint and Leave to File a Withdrawal of the Complaint against Defendant Robert E. O'Neill (Dkt. 24) and Defendants' Response in Opposition (Dkt. 25). The Court, having reviewed the motion, response, and being otherwise advised in the premises, concludes that the motion should be granted as set forth herein.

Plaintiff seeks to amend his complaint to remove Defendant Robert E. O'Neill ("O'Neill") and assert additional facts.[1] Defendants oppose Plaintiff's motion and argue that the Court should construe Plaintiff's motion as a voluntary dismissal of O'Neill with prejudice.

Given the fact that Plaintiff is *pro se* and this is his first request to amend his complaint, the Court grants Plaintiff's motion to the extent he would like to amend his

_____

[1] Although not entirely clear, it appears Plaintiff seeks to allege additional facts regarding Defendant Robert R. Calvert.

complaint to assert additional facts.  The Court also interprets Plaintiff's motion to file a withdrawal of the complaint against Defendant Robert E. O'Neill as a request to have him dismissed from this action *without* prejudice.

It is therefore ORDERED AND ADJUDGED that:

1.      Plaintiff's Motion for Leave to File an Amended Complaint and Leave to File a Withdrawal of the Complaint against Defendant Robert E. O'Neill (Dkt. 24) is hereby GRANTED as set forth herein.

2.      Plaintiff has twenty (20) days from the date of this Order to file an amended complaint.

3.      Defendants' Motions to Dismiss (Dkts. 11 and 15) are hereby DENIED AS MOOT.  Defendants may renew these motions after Plaintiff files an amended complaint.

4.      Defendant Robert E. O'Neill is hereby DISMISSED from this action, WITHOUT PREJUDICE.

**DONE** and **ORDERED** in Tampa, Florida on September 28, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-1070.mtamendDKT24.wpd